MOTION TO PROCEED
IN FORMA PAUPERIS

# COPY   1:CV01-1078

I, The undersigned, move This Honorable court for an order permitting me To proceed WITH This WRIT OF HABEAS CORPUS In Forma Pauperis. I state under The Penalty of Perjury, That I am indigent, and unable To pay The filing fee for This Action.

FILED SCRANTON
JUN 1 8 2001
PER _____ DEPUTY CLERK

RECEIVED SCRANTON
JUN 1 8 2001
PER _____ DEPUTY CLERK

VERIFICATION

I, the undersigned, verify That The above statements are True and Correct, and That any false statements herein are made subject To Title 18 Pa.C.S.A. Section 4904 Relating To unsworn falsification To authorities.

DATED: June 09, 2001

Respectfully submitted
X. Carlos C. Woods

Mr. Carlos Chico Woods, pro-se
BY-9729 SCI-Frackville
1111 Altamont Blvd.
Frackville, PA. 17931-2699