ORIGINAL

IN THE UNITED STATES DISTRICT COURT OF PENNSYLVANIA
FOR THE MIDDLE DISTRICT

ATTN. MS. MARY E. D'ANDREA, ESQ.        JUNE 15, 2001
CLERK OF COURTS
WILLIAM J. NEALON FEDERAL BLDG,
& U.S. COURTHOUSE
235 N. WASHINGTON AVE.
P.O. BOX 1148
SCRANTON, PA 18501

FILED
HARRISBURG
JUN 2 6 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

RE: CARLOS CHICO WOODS, et al. V. MARTIN F. HORN, et al
1:01-CV-01078,

Dear Ms. D'Andrea;

Please be advised that I am writing you this letter of request, so that you may submit it to the Court's for immediate action.

Now Ms. D'Andrea I am making this request, because I am presently being placed in imminent danger by the staff here. I have made a number of complaints with the Unit Managers, the Lieutenants, Captains, and the Deputy Superintendent, as well as the Superintendent, concerning this matter, and no one seems to want to care about the situation, I am being denied responses from the requests that I have sent out to the Superintendet, and the unit managers.

Now in each request, I have advised all of the above mentioned parties that me and my celly cannot get along, and that the matter is becoming more tense each day, and all I was told by the Unit Managers, is that if I cannot get along with my celly, then that's my problem, go in the cell and fight with your celly, and we'll just take you both to the hole. The last thing that I was told by my unit manager, was that I was not going to be moved, and that she did not see any concreat reason why she should move me, so I am not being moved. Now this is not only bothering mentally but it is also interferring with my religious beliefs, because I am not even able to make my prayers, or study my religion, because of the present situation between me and my celly. This is really getting out of hand Ms. D'Andrea, I was even told by the Unit Manager Ms. Joanne Miranda, that if I still fill that she is placing my life in danger, than write to the Security Captain Mr. Dennis P. Purant, and we will lock you up. So please

1.

Ms. D'Andrea, I have attached a number copies of the complaints and grievances which I have filed with the parties both here at this institution, and at the first institution where I was unjustifiably transferred from in retaliation for filing my complaints, and for exercising my Constitutional Rights to Redress the Courts. These copies will clearly show the patteran in which the State Correctional Institution SCI.Waymart planned my unjustifiable transfer to this institution, and that the transfer was infact, a retaliatory transfer. The rest of the copies will show how this present institution is placing my safety and life in danger.

Finally Ms. D'Andrea, I would like to request that this Honorable Court's take immediate action in this matter, and order that I immediately be transferred to another institution that is equipped with the proper facicilities to monitor my present medical conditions, which are now becoming worse, and to protect me from any further danger and retaliation by the staff here at SCI.Frackville. Please be advised that the staff here is trying to set me up, so that they can place me in the (RHU) Restricted Housing Unit, which is the hole, so that they can further retaliate against me, by restricting me to the prison law library, which they are already presently doing, and so that they can continue to stop my mail from going out to this Court's, and to any other agencies, and so that they can search all of my legal documents and take out the papers and evidence that I have to present in my cases. So please Ms. D'Andrea, inform the Court's of the present situation, and the imminent danger that I am facing at this time. Thank you for your time and consideration in this matter, and I pray that this Honorable Court's will take immediate action in this matter to protect my safety, and in the interest of justice as well. Also please be advised that I am sending this letter to you in my Friend's name, because all of my mail is not being sent out, so please accept the manner in which it is being sent. Thank you..... The friend's name is as follows. MARVIN GRAHAM EL-0847 .

Dated: June 15, 2001

Respectfully Submitted
x. Carlos C. Woods

Mr. Carlos Chico Woods, Pro-se
BY-9729 SCI.Frackville
1111 Altamont Blvd.
Frackville, PA 17931-2699

P.S. Please be Advised That This document was returned To The above Named friend. On 06-23-2001, I am resending it myself, due To The urgency, I Mailed it with a cash slip, For Proof That it was sent out on This 24Th, day of June 2001.

2.

DC-135A

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

RECEIVED 1999 OCT 25 AM 8:39
SUPERINTENDENT'S OFFICE
SCI WAYMART

**INSTRUCTIONS**
Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

1. TO: (NAME AND TITLE OF OFFICER) Raymond J. Colleran Superintendent
2. DATE: 10-24-99
3. BY: (INSTITUTIONAL NAME AND NUMBER) Carlos Chico Woods BY9729
4. COUNSELOR'S NAME: Mr. Pusci
5. WORK ASSIGNMENT: None
6. QUARTERS ASSIGNMENT: F-2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Dear Mr. Colleran sir; I seem to be having a problem with the Records department, and I have already brought this to the attention of my Counselors, and my Unit Manager, but they are not able to give me an answer neither. Now the problem that I am having, is that I've not yet received a change in my status, and I've had my Green Sheet ever since May 1999, and still no change has been made, I've wrote the records department concerning this issue, but no one has wrote me back yet, and because my status is still at a (3-P) Level, I am not able to work in certain areas, so I would appreciate it, if you would take care of this problem for me real soon, so that I may work. Thank you sir. Carlos C. Woods

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Woods

By copy of this memo, I will ask the Records Office staff to meet with you, and your counselor, regarding your request.

☐ TO DC-14 CAR ONLY        ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                           DATE

| DC-135A | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | **DEPARTMENT OF CORRECTIONS** |
| | INSTRUCTIONS |
| | Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. |

1. TO: (NAME AND TITLE OF OFFICER)
~~MR. John Gelatt~~

2. DATE
10-30-99

3. BY: (INSTITUTIONAL NAME AND NUMBER)
MR. Carlos Chico Woods BY9729

4. COUNSELOR'S NAME
MR. Pucul

5. WORK ASSIGNMENT
F-2 Block Janitor

6. QUARTERS ASSIGNMENT
F-2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Please be advised that I am writing you concerning a recent conversation that we had, concerning my request for transfer to "Mercer", Waynesburg, or "Albuian". I informed you of my Green sheet which told me to max out, which was on "10-15-05". Well MR. Gelatt sir, I have attached a copy of the Green sheet to this request for your own personal review. So I beg you once again to assist me in this Transfer, even if the only choice was "Greaterford", because I am truly having conflict with the Prison staff here at Waymart, and I am being targeted for Retaliation, So please assist me after reviewing my Greensheet sir. Thank you sir...
Carlos C. Woods BY9729 F-2

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

You are to "max out" on 10/15/2005. You are to complete your sentence in a State Correctional Facility/Institution. Yes, this is nearly six years away. I would suggest you speak with Mr. Pucul, CCI, about staffing you for Transfer. Or his Mentor, U.M. Finally, you could request to speak to Mr. Nash, IPR.

☐ TO DC-14 CAR ONLY     ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                DATE

| DC-135A | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | **DEPARTMENT OF CORRECTIONS** |
| | INSTRUCTIONS |
| | *Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.* |

1. TO: (NAME AND TITLE OF OFFICER) MR. J. Nish "Inmate Programs Manager"
2. DATE: 11-2-99
3. BY: (INSTITUTIONAL NAME AND NUMBER) Carlos Chico Woods BY9729
4. COUNSELOR'S NAME: MR. Pucul
5. WORK ASSIGNMENT: Block Utility
6. QUARTERS ASSIGNMENT: F-2
7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Dear MR. Nish sir, I am writing you once again concerning my request for transfer. I have spoken with MR. Gella and he has verified my seven year maxout date, and he to me that I should write you, and see if you can assist me. Now I have submitted a copy of my green sheet, so that you can see for yourself. Now I have already wrote you concerning the conflict that I was having with some of the gards and staff members, and it is getting worser. Now you ask my last counselor to talk to me about it, but I'm not telling them nothing, because I don't trust no one, so please help me transfer to "Wynesburg" or "Mercer", I do appreciate it sir. Carlos C. Woods F-2

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Woods,

I do not support your request for a transfer. You simply do not meet the criteria for transfer. I suggest that you work with your counselor and unit manager to adjust to this institution.

☐ TO DC-14 CAR ONLY            ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER: Joseph P Nish    DATE: 11/9/99

| Form DC-135A | Commonwealth of Pennsylvania Department of Corrections |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** <br> CC: File <br> Family Attorney <br> Martin F. Horn <br> ~~Attorney General Mike Fisher.~~ | **INSTRUCTIONS** <br> Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer) <br> Mr. Raymond J. Colleran, Superintendent | 2. Date: <br> November 29, 2000 |
|---|---|
| 3. By: (Print Inmate Name and Number) <br> Carlos Chico Woods (BY-9729) <br> *[signature: Carlos C. Woods]* <br> Inmate Signature | 4. Counselor's Name <br> Mr. Long |
|  | 5. Unit Manager's Name <br> Mr. Friedman |
| 6. Work Assignment <br> Block Janitor | 7. Housing Assignment <br> M-2 |

8. Subject: State your request completely but briefly. Give details.

Dear Mr. Colleran Sir; Please be advised that I am writing you my final request for a institutional transfer, I have spoke to you, I have wrote you several requests, and still you have not done any thing to start the process, you have not even gotten back to me on my requests to you. Well sir I am informing you for the last time, I can not adapted to your staff here, I have already developed serious illnesses from the stressful environment, I now have ulcers, and other medical problems which have all been caused by the staff and a number of inmates, I am not able to be in such opened environment, I can't adapt to these dorms any longer, I am getting sicker every day, and my family is very worried about me, and my present conditions, and they have told me to inform them of new conditions, so that may file an civil and criminal action with the court's, and I intend to file my own civil action, because I refuse to let these staff members and direspectful inmates kill me in here, so I am requesting that you request for my immediate transfer for my health and safety, because a lot of this illness is coming from the staff's retaliation against me for filing all my complaints against them. So please sir, I hope you answer this last request before it goes any further. Thank you very much.

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
Print                        Sign

## INITIAL GRIEVANCE APPEAL TO THE SUPERINTENDENT
## AT SCI WAYMART MR. RAYMOND J. COLLERAN
## GRIEVANCE NO. WAM-00132001

Grievant  Carlos Chico Woods , is hereby appealing this grievance because it fails to meet the required standards under the new January 01, 2001 policy [**DC-ADM 804 Inmate Grievance System Policy**], which requires that the Facility Grievance Coordinator enter the facility's disposition of the grievance at each step of the grievance process. See **Policy DC-ADM 804 B.(1)(a).**

Grievant states that his grievance was improperly responded to, because it was answered by the grievant's Unit Manager, who was also involved in the grievant's grievance.

Grievant states that the Unit Manager's response was improper, because it stated that the grievant's custody level was appropriate, due to the grievant having poor block and work reports. Grievant states that the unit manager fail to prove that the grievant's block reports and work reports were poor in any way, and it is the grievant's belief that the unit manager will not be able to prove such allegations, because grievant's block reports are kept on a block quaters card, and upon the grievant's review of his quaters card, states that the unit manager's allegations are incorrect. As far as the unit manager's allegations that the grievant's work reports are poor, is also incorrect because the grievant was removed from his job, due to the fact that he was unable to attend work on the regular bases, because he was ill, and had to attend medical on the regular, and the grievant's medical records will prove that. Therefore; the Unit Manager's response was improper.

Grievant now addresses the Unit Manager's response to the grievant's complaint that he was being retaliated against by Officer Sawchuck, when he was targetted and searched by officer Sawchuck. It has been clearly explained to the Unit Manager, that the grievant had submitted a criminal complaint against officer Sawchuck, and that officer Sawchuck had expressed his opinion as to the grievant being searched every time he walks the hallways, solely as a means of retaliation against the grievant for filing such complaints. The Unit

Manager's response only addresses the grievant's complaint that the misconduct results were unfair, because the grievant and inmate Rodriguez had both agreed that the grievant was given the empty venda's card, solely to return it to the prison's library, so that inmate Rodriguez could order another one, because he did not have time to attend the library on it's regular scheduled times. The Unit Manager's response did not address the grievant's complaint's that officer Sawchuck was harassing the grievnat, and that he was solely trying to retaliate against the grievant for prior complaints that he had filed against Officer Sawchuck. Therefore; the unit manager's response as to the grievant's complaints against officer Sawchuck, was also improper.

Grievant finally addresses the Unit Manager's response to the grievant's complaints concerning the inadequate medical care, and housing, was also improper, because Mr. Milton Friedman who is the Unit Manager, is not qualified to make medical determinations, in which what Mr. Friedman was doing at the time, because he did not form any kind investigation as to the grievant's medical complaints, nor is Mr. Friedman aware of the grievant's present medical conditions, Therefore; his reponse to the grievant's medical complaints, were truly improper, and without merit. As far as the grievant's complaints about inadequate housing space is concern, Mr. Friedman's response to that concern, was merely that the dormitory housing and medical department are regularly reviewed, and meet professional standards, this did not amount to an proper response to the grievant's complaints, it was just something to say, so that Mr. Friedman could avoid responding to a complaint that he did not have the correct response to, therefore; because that complaint was not properly responded to neither, Mr. Friedman's response to those issues of the complaint, were also improper.

**THEREFORE,** Grievant requests that Mr. Friedman's response to the grievant's grievance, be reversed, and the appropriate actions be taken to address the grievant's grievance in its' proper manner.

ATED: January 19, 2001

PAGE TWO OF APPEAL
(2)

Respectfully Submitted
x. Carlos C. Woods
Mr. Carlos Chico Woods, Pro-
BY9729 P.O. Box 256
Waymart, PA 18472-0256

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| CC: File | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer)<br>MR. ROSATO Unit Manager | 2. Date:<br>02/21/2001 |
| --- | --- |
| 3. By: (Print Inmate Name and Number)<br>Mr. Carlos Chico Woods (BY-9729)<br>*Carlos C. Woods*<br>Inmate Signature | 4. Counselor's Name<br>MR. Tolaman |
| | 5. Unit Manager's Name<br>MR. Rosato |
| 6. Work Assignment<br>NONE | 7. Housing Assignment<br>AC-08 |

8. Subject: State your request completely but briefly. Give details. We can set and talk if you would like sir.

Dear ROSATO Sir, Please be advised That The reason That I Made My request To Move For The second Time, is because I Tried it and it Just is not working out, and To avoid any problems between Me and any other inmate, I am begging You To either place Me in a single cell, or house Me, with The only inmate in The institution that I know I will be able To get along with, which is (Herbert Green DS-1819) Who has lived With Me on The Street For More Than Ten (10) Years, because he is My older sister's EX-Fiancee. MR. Rosato Sir, I am not saying That I am some kind of Temper Freak, or That I have a Mental problem, because it's on My part, it's The inmates That I'm housed with, Who get a little crazy, or out Of hand some Times, and I don't want To be around such inmates, While I'm sleep, I do not Feel safe, because They have a whole lot of Time, and I don't. So please MR. Rosato sir, Please understand My situation as a man To a Man. And Please do not discuss This with my celly because it will pose serious problems! Thank You.

9. Response: (This Section for Staff Response Only)

You were moved 2-10-01 per your request to your current cell location. Your request to be moved at this time is denied. I will however, place your name on the waiting list to be moved. Once we get to your name on the list, the unit team will decide on your next placement.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
| --- | --- |

Staff Member Name  MR. Rosato / *M Rosato*   Date 02/23/01
                      Print         Sign

Revised July 2000

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>MR. Chesney Superintendent | 2. Date:<br>02/24/2001 |
| 3. By: (Print Inmate Name and Number)<br>MR. Carlos Chico Woods (BX-9729)<br>*Carlos C. Woods*<br>Inmate Signature | 4. Counselor's Name<br>MR. Tolomay<br>5. Unit Manager's Name<br>MR. Rosato |
| 6. Work Assignment<br>None | 7. Housing Assignment<br>AC-08 |

8. Subject: State your request completely but briefly. Give details.

Dear MR. Chesney sir, Please be advised That I am writing To you, because I have no Other choice. Now I have already informed My unit Manager That at This present Time I am not getting along with My celly, not of My own fault, but because of My celly's actions. Now I even spoke To My unit Manager in person, and I clearly explain To him, That My being in This cell with This inmate is Just not going To work, and I explain To him by way of request slip, That I would like To be Moved to avoid any problems, but again he still denied My request To Move, I informed MR. Rosato That I do not believe That I will be able To cell up any other inmate in The Jail, other Than (MR. Herbert Green), because I have lived with MR. Green on The street For over 60 Years, I requested To either be celled up with him, or Just be single cell status. I've also Told MR. Rosato That this Matter should not be discussed

see Attached sheet

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____ / _____ Date _____
              Print                    Sign

Revised July 2000

Part Two of one

## ATTACHED SHEET

My Celly, because it would only create a problem, and that I would be avalible at any time to talk about it, but instead the request was sent back to my cell without being sealed, and my Celly opened it and read it, This is one of the problems that I had with him, that he reads my mail when I'm not there, and now it is worse, because he read, The request and now he is acting very different, huffs and Puffs here and there, and Sir I do not want to get in any Altercation with this inmate, and one of us end up being hurt. So I am informing you that I would like to be moved to a single cell on another block, or celled up with my "Brothering Law" who've lived with for more than ten years on the street (MR. Herbert Green DS-1819    ), or my friend who I know for a while (who is on C-Block      ), he is on C-Block, other than that, I would like to be single Cell status for my own safety! Please be advised sir, That I am not a Trouble Maker, nor do I want to be housed with such people sir I see the Parole Board in April of this year, and they will be re-considering a (91) month hit in which they gave me for my first time violating parole, and if they deny my request for re-parole, I will probably lose the only family I have, and That will seriously hurt me, and my beloved "Son" who just got to know his father, will

Part Three of one

## SECOND ATTACHED SHEET

be left to suffer, and The only wife I ever had, will be left out on her own. I will end up losing my "beloved" "Grandfather" "God" Forbid, Just as I lost my "beloved" "Grandmother" since I've been back down, and I have managed to stay out of trouble for this long, what more can a person ask of you. I've done a whole lot more, than those inmates who have gone to the hole, who've come back as second and third time parole violators, and are being allowed back into society, so why shouldn't I deserve the same chance. Mr. Chesney Sir, I am sure that you can understand my point of view, because I'm sure you have a pretty nice family of your own, so please sir, I am begging you, please have me immediately moved with one of the above inmates, or to a single cell, so that I may not have to be around such inmates, I make this request for my safety, please be advised of that, this is a security issue, that must be addressed immediately. Thank you for your time and understanding. I really don't think that I will be able to remain in this cell with this inmate for more than two more days, please act quick sir... Please be advised that if this request is going to be returned to me, it must be sealed, because if not, mickey will read it.

Dated: February 24, 2001

Respectfully submitted
X. Carlos C. Woods
Mr. Carlos Chico Woods, Pro-se
BY9729 A-Block
C-Wing Cell=08

Cc: File
Lawyer
FBI.

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER**<br>CC: File<br>Home. | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Ms. Joanne Miranda Unit Manager | 2. Date:<br>04/19/2001 |
| 3. By: (Print Inmate Name and Number)<br>Mr. Carlos Chico Woods BY-9729<br>*Carlos E. Woods* (Inmate Signature) | 4. Counselor's Name<br>Mr. Smitrovich |
|  | 5. Unit Manager's Name<br>Ms. J. Miranda |
| 6. Work Assignment<br>Kitchen | 7. Housing Assignment<br>CA-21 |

8. Subject: State your request completely but briefly. Give details.

Dear Ms. Miranda, I am re-writing you, because it seems as though you're trying your best to ignore the seriousness of this request, but before I go any further, I will once again give you the opportunity to take care of this situation, before it reaches areas that should be avoided. Now my celly is very young and annoying, and he has no respect for me, and he's still on that young gangster stuff, and I am too ill to endure such ignorance, I can not become stressful, because my illness can become worse, if you don't believe me, you can call the Medical department and verify it. Ms. Miranda, I am begging you to please move my celly, and allow inmate Norrel Armstrong to move in with me. Plus my present celly smokes also, and it's also a problem, so please Ms. Miranda assist me in this matter immediately. Thank you!

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ Print / _____ Sign    Date _____

Revised July 2000

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>ATTN. Mr. J. Chesney superintendent | 2. Date:<br>06/02/2001 |
| 3. By: (Print Inmate Name and Number)<br>Mr. Carlos Chico Woods (BY.9729)<br>*Carlos C. Woods*<br>Inmate Signature | 4. Counselor's Name<br>Mr. Smitrovich<br>5. Unit Manager's Name<br>Ms. Miranda |
| 6. Work Assignment<br>Kitchen | 7. Housing Assignment<br>CC-26 |

8. Subject: State your request completely but briefly. Give details.

Dear Mr. Chesney sir, I am writing you directly because I am truly to protect myself from any possible harm. The reason why I say this, is because my life and safety is being placed in danger by my unit manger Ms. J. Miranda. I have submitted a number of request slips to Ms. Miranda, informing her that I am unable to be celled up with my present celly because it is difficult for us to get along, because of where my celly is from, and because he does not get along with inmates who come from New York like myself, and I don't feel safe in the cell with inmates from Pittsburgh, because it is where I committed my crime, and I had a lot of problems with them as enemies, and I had a few words with one of his friends. Now all Ms. Miranda has done, is send C/O's to speak to me in front of my celly, or to my celly directly, causing a conflict between me and my celly, and this makes the matter dangerous. see attached sheet 2

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____/_____ Date _____
                    Print        Sign

Revised July 2000

## Attached Sheet

because my celly starts to get upset with me, as though I'm a snitch, and starts to look at me wrong, and wonder, I do not feel safe in the same cell, and I would like to be moved immediately. I have a job in the kitchen, and I know another inmate who I know very well who has just came to the institution, he is my cousin, and he is seeking a job in the kitchen also, he is housed on A-B 30 his name is Laron Joyner, I would appreciate it if I was celled up with him to avoid any futher problems with other inmates, and to protect my safety. So please sir, have my unit manger take care of this matter immediately, without involving my celly, because it will only endanger my life more. Thank you!

Dated: June 02, 2001

CC: F.B.I.
File.
Home.

Respectfully submitted
X. Carlos C. Woods
Mr. Carlos Chico Woods
B/9729  CC-26

7

| Form DC-135A  **INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania Department of Corrections INSTRUCTIONS Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer) Mr. Kerestes, Deputy Superintendent | 2. Date: 06/12, 2001 |
| 3. By: (Print Inmate Name and Number) Mr. Carlos Chico Woods (BY 9729) Carloc C. Woods  Inmate Signature | 4. Counselor's Name Mr. Smitrovich |
|  | 5. Unit Manager's Name Ms. J. Miranda |
| 6. Work Assignment Kitchen | 7. Housing Assignment CC-26 |

8. Subject: State your request completely but briefly. Give details.

Dear Mr. Kerestes Sir, please be advised That I am writing you briefly concerning our brief conversation in The Yard on 06/11/2001, in which you had informed me That you were going To get with me when we were all in from yard, and That you would not forget me. Now Mr. Kerestes I am keeping you To your word on That Sir. Now I did not explain To Ms. Miranda in details, what I'am going Through with my celly, because I am not trying To have her go back and Talk To my celly About my complaints, because This is Jail Mr. Kerestes, and you as a Deputy superintendent, should know That it would make it seem as Though I'm a Jailhouse snich, and before I'm labeled a snich, I will have my family contact The Federal Bureau of investigation, because my safety is more important Than any one else. So without any complications, please sit down with me concerning This matter, or have me moved out of The cell, into another. I would Appreciate it sir

CC: File, F.B.I.

9. Response: (This Section for Staff Response Only)

☐ To DC-14 CAR only         ☐ To DC-14 CAR and DC-15 IRS

Staff Member Name _____ / _____ Date _____
                        Print              Sign

Revised July 2000

R. CARLOS CHICO WOODS
Y-9729 SCI. FRACKVILLE
111 ALTAMONT BLVD.
FRACKVILLE, PA 17931-2699

CONFIDENTIAL
LEGAL MAIL

INMATE MAIL
PA DEPT OF CORRECTIONS

$0.76
JAN 25 '01

ATTN: MARY E. D'ANDREA, CLERK
U.S. DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

FILED
HARRISBURG
JUN 2 6 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK
17108-0983

RE: CIV. NO# 1:01-CV-0178