*seal*   (4)
6/28/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

Carlos Chico Woods,                    :
                                       :
              Petitioner,              :
                                       :   CIVIL NO. 1:CV-01-1078
        v.                             :
                                       :   (Judge Caldwell)
Chesney, et. al,                       :
                                       :
              Respondents              :

                                            FILED
                                         HARRISBURG, PA

                                          JUN 2 7 2001

        O R D E R

                                       MARY E. D'ANDREA, CLERK
                                       PER_____ DEPUTY CLERK

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

        This is a petition for a writ of habeas corpus filed
under 28 U.S.C. § 2254. The Petitioner has filed an application to
proceed in forma pauperis indicating that he may not be required to
pay the filing fee of $5.00. However, the Petitioner did not use
this court's form application for proceeding in forma pauperis. He
will be directed to do so.

        The warden or other appropriate prison official will also
be directed to provide this court with the information requested on
the attached affidavit. If the records are at another institution
or if the records are for some reason unavailable, this court
should be so informed.

        Accordingly, this 27th day of June, 2001, it is ordered
that:

1.  Within ten days of the date of this order, the warden or other appropriate official shall complete the attached affidavit and provide the requested information to the court.

2.  The warden shall simultaneously provide a copy of the completed affidavit to the petitioner.

3.  Within ten days, the Petitioner shall fill out and return the attached affidavit/application in support of request to proceed in forma pauperis.

WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

Carlos Chico Woods,                    :
                                       :
              Petitioner,              :
                                       :   CIVIL NO. 1:CV-01-1078
        v.                             :
                                       :   (Judge Caldwell)
Chesney, <u>et</u>. <u>al</u>,        :
                                       :
              Respondents              :

## AFFIDAVIT

I, _____, being duly sworn, depose and say:

(1) I am employed as _____ at _____.

    I have served in that capacity since _____, ____.

(2) The plaintiff, _____, Reg. No. _____,
    is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution
    belonging to plaintiff:

    a. Prison account

       1. Present balance:                    $_____

       2. Total amount of deposits
          during six months preceding
          the filing of the complaint:        $_____

       3. Average monthly balance:            $_____

       4. Average monthly deposits:           $_____

    b. Employment

       1. Institutional employment:           $_____

       2. Average monthly wage:               $_____

    c. Other resources: _____

       _____

(4) I have attached a true and correct copy of the record of the
    transactions of the prisoner's account which occurred within the

six months preceding the filing of the complaint.

(5)   The above information set forth in this affidavit is true and
      correct to the best of my knowledge, information and belief.


_____
Signature

Sworn to and subscribed

before me this _____ day

of _____ , 2001.          Return to:

                                           United States District Court
                                           235 N. Washington Avenue
_____           P.O. Box 1148
        Notary Public                      Scranton, PA  18501-1148
     My Commission Expires:

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____
(Plaintiff)

                                 Affidavit/Declaration
                                 In Support of Request
      v.                          To Proceed
                                 In Forma Pauperis

_____
(Defendant)

    I,_____, certify that I am the plaintiff in the
above entitled case; that in support of my motion to proceed without
being required to prepay fees, costs, or give security therefor, I state
that because of my poverty I am unable to pay the costs of said
proceeding or to give security therefor; that I believe I am entitled to
redress.

    I further state that the responses which I have made to the questions
and instructions below are true and correct.

1.  Are you presently employed?  Yes _____   No _____

    a. If the answer is yes, state the amount of your salary or wages per
month and give the name and address of your employer.

_____

    b. If the answer is no, state the date of last employment and the
amount of the salary and wages per month which you received.

_____

2. Have you received within the past twelve months any money from any of
    the following sources?

    a. Business, profession or form of self-employment?
                               Yes _____   No _____
    b. Rent payments, interest or dividends?
                               Yes _____   No _____
    c. Pensions, annuities or life insurance payments?
                               Yes _____   No _____
    d. Gifts or inheritances?
                               Yes _____   No _____
    e. Any other sources?
                               Yes _____   No _____

If the answer to any of the preceding questions is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

_____

3. Do you own any cash, or do you have any money in a checking or savings account?                   Yes _____ No _____

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?                   Yes _____ No _____

If the answer is yes, describe the property and state its approximate value.

_____

_____

5. List the persons who are dependent upon you for support; state your relationship to those persons and indicate how much you contribute toward their support.

_____

_____

        I understand that a false statement or
        answer to any questions in this
        affidavit/unsworn declaration will subject me
        to penalties for perjury.

        I declare under penalty of perjury that the
        foregoing is true and correct.

        Executed on _____

        _____

        Signature of Plaintiff

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 27, 2001

Re:  1:01-cv-01078   Woods v. Chesney

True and correct copies of the attached were mailed by the clerk
to the following:

     Carlos Chico Woods
     SCI-F
     BY-9729
     SCI at Frackville
     1111 Altamount Blvd.
     Frackville, PA  17931-2699

cc:
| | | | | |
|---|---|---|---|---|
| Judge | ( ) | | ( ) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | | ( ) | INS |
| U.S. Marshal | ( ) | | ( ) | Jury Clerk |
| Probation | ( ) | | | |
| U.S. Attorney | ( ) | | | |
| Atty. for Deft. | ( ) | | | |
| Defendant | ( ) | | | |
| Warden at Frackville | ( ) | | | |
| Bureau of Prisons | ( ) | | | |
| Ct Reporter | ( ) | | | |
| Ctroom Deputy | ( ) | | | |
| Orig-Security | ( ) | | | |
| Federal Public Defender | ( ) | | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: | | |
| | | U.S. Marshal ( )    Pltf's Attorney ( ) | | |
| Standard Order 93-5 | ( ) | | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail | | |
| | | to:  US Atty Gen   ( )   PA Atty Gen ( ) | | |
| | | DA of County ( )   Respondents ( ) | | |
| Bankruptcy Court | ( ) | | | |
| Other_____ | ( ) | | | |

MARY E. D'ANDREA, Clerk

DATE: _____6/27/01_____

BY: _____
Deputy Clerk