UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Carlos Chico Woods BY-9729
(Plaintiff)

v.

Chesney, et. al.
(Defendant)

Affidavit/Declaration
In Support of Request
To Proceed
In Forma Pauperis

1-01-1078
J Caldwell

I, Carlos Chico Woods, certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to the questions and instructions below are true and correct.

1. Are you presently employed?  Yes __✓__   No _____

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. Plaintiff is employed a kitchen worker at the institution, and receives about $25.00 a month. Which is mostly used for postage and copies, and soap, deodorant, and some food items

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _____ N/A _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?
                                                  Yes _____   No __✓__
   b. Rent payments, interest or dividends?
                                                  Yes _____   No __✓__
   c. Pensions, annuities or life insurance payments?
                                                  Yes _____   No __✓__
   d. Gifts or inheritances?
                                                  Yes _____   No __✓__
   e. Any other sources?
                                                  Yes __✓__  No _____

If the answer to any of the preceding questions is yes, describe each source of money and state the amount received from each during the past twelve months. Plaintiff receives gifts from family memb when they are able to send some, The ranges only ranged from $10.00 to $50.00.

3. Do you own any cash, or do you have any money in a checking or savings account?             Yes _____ No __✓__

If the answer is "yes" to any of the above, describe each source and the amount involved.

N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?             Yes _____ No __✓__

If the answer is yes, describe the property and state its approximate value.

N/A

5. List the persons who are dependent upon you for support; state your relationship to those persons and indicate how much you contribute toward their support.

N/A

I understand that a false statement or answer to any questions in this affidavit/unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2001

*Carlos C. Wood*
Signature of Plaintiff

2