UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

Carlos Chico Woods, *BY-9729*  :
        Petitioner,  :
        v.  :  CIVIL NO. 1:CV-01-1078
          :  (Judge Caldwell)
Chesney, et. al,  :
        Respondents  :

*(6) Amo 7/9/01*

**FILED SCRANTON**
**JUL - 2 2001**
PER _____ DEPUTY CLERK

AFFIDAVIT

I, *Cynthia Walasavage*, being duly sworn, depose and say:

(1) I am employed as *Accounting Assistant I* at *SCIF*.
    I have served in that capacity since *March 11, 1987*.

(2) The plaintiff, *Carlos Chico Woods*, Reg. No. *BY-9729*, is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:

    a. Prison account

        1. Present balance: $ *1566(cr) - a20 2/28/01*  *available bal 100.0 a20*

        2. Total amount of deposits during six months preceding the filing of the complaint: $ *255.33*

        3. Average monthly balance: $ *25.82 cr*

        4. Average monthly deposits: $ *25.07*

    b. Employment

        1. Institutional employment: $ *unknown*

        2. Average monthly wage: *Dec 2000 - June 2001* - $ *17.56*

    c. Other resources: _____
        *unknown*

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the

six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

*Cynthia Walaseryk*
Signature

Sworn to and subscribed before me this 28th day of June, 2001.

*Cheryl A. Cescon*
Notary Public
My Commission Expires:

NOTARIAL SEAL
CHERYL A. CESCON, NOTARY PUBLIC
RYAN TWP., SCHUYLKILL COUNTY
MY COMMISSION EXPIRES MARCH 9, 2002

Return to:

United States District Court
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA  18501-1148

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE   6/28/2001
REMOTE PRINT TIME 10:03              FROM PURGE FILE           PAGE         2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| BY9729 | WOODS | CARLOS | C |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8335 | 11-30-2000 | 32 | WAM COMMISSARY FOR 12/01/2000 | -4.45 | -2.20 |
| 1620 | 12-04-2000 | 37 | POSTAGE | -1.59 | -3.79 |
| 1636 | 12-05-2000 | 37 | POSTAGE | -.93 | -4.72 |
| 1639 | 12-05-2000 | 10 | MAINTENANCE PAYROLL FOR: NOVEMBER 2000 | 3.12 | -1.60 |
| 1659 | 12-07-2000 | 10 | MAINTENANCE PAYROLL FOR: NOVEMBER 2000 | 10.08 | 8.48 |
| 1657 | 12-07-2000 | 37 | POSTAGE | -1.37 | 7.11 |
| 1687 | 12-11-2000 | 38 | INSIDE PURCHASES FOR: VENDACARD #134 | -3.00 | 4.11 |
| 1695 | 12-12-2000 | 37 | POSTAGE | -2.30 | 1.81 |
| 8349 | 12-14-2000 | 32 | WAM COMMISSARY FOR 12/15/2000 | -1.75 | .06 |
| 1737 | 12-18-2000 | 37 | POSTAGE | -.66 | -.60 |
| 1799 | 12-28-2000 | 13 | PERSONAL GIFT FROM ROMERO, MARIA  E958539 | 50.00 | 49.40 |
| 1802 | 12-28-2000 | 38 | INSIDE PURCHASES FOR: VENDACARD #327 | -20.00 | 29.40 |
| 1805 | 12-28-2000 | 39 | LEGAL FEES PLRA/INITIAL FEE/CV-00136 | -9.12 | 20.28 |
| 1806 | 12-28-2000 | 41 | MEDICAL SICK CALL/(1) RX | -4.00 | 16.28 |
| 1810 | 12-29-2000 | 37 | POSTAGE | -4.28 | 12.00 |
| 1812 | 12-29-2000 | 38 | INSIDE PURCHASES FOR: LIBRARY COPIES | -2.00 | 10.00 |

```
                      BALANCE AFTER THESE TRANSACTIONS------>      10.00
```

THIS IS A CERTIFIED AND TRUE COPY
*C Waluscavage*
ACCOUNTING ASSISTANT I

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING       DATE   6/28/2001
REMOTE PRINT TIME 10:03              FROM PURGE FILE             PAGE      1

    INMATE     NAME
    NUMBER     LAST              FIRST           MI          STARTING BALANCE
    BY9729     WOODS             CARLOS          C                 10.00
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8004 | 01-04-2001 | 32 | WAM COMMISSARY FOR 1/05/2001 | -9.77 | .23 |
| 1846 | 01-05-2001 | 10 | MAINTENANCE PAYROLL FOR: DECEMBER 2000 | 17.34 | 17.57 |
| 1851 | 01-05-2001 | 39 | LEGAL FEES PLRA/20% PAYROLL/CV-001362 | -3.47 | 14.10 |
| 1861 | 01-05-2001 | 44 | ORGANIZATIONAL FOR: ISLAMIC COMMUNITY FUND | -2.00 | 12.10 |
| 1863 | 01-08-2001 | 37 | POSTAGE | -6.10 | 6.00 |
| 1871 | 01-08-2001 | 38 | INSIDE PURCHASES FOR: VENDACARD #289 | -10.00 | -4.00 |
| 1930 | 01-17-2001 | 37 | POSTAGE | -2.65 | -6.65 |
| 1964 | 01-22-2000 | 37 | POSTAGE | -.55 | -7.20 |
| 1987 | 01-24-2001 | 37 | POSTAGE U P S | -27.43 | -34.63 |
| 1987 | 01-24-2001 | 37 | POSTAGE U P S | -6.27 | -40.90 |
| 1987 | 01-24-2001 | 37 | POSTAGE U P S | -4.77 | -45.67 |
| 0 | 01-26-2001 | 92 | TRANSFER OUT WAYMART | | |
| 0 | 01-26-2001 | 91 | TRANSFER IN FRACKVILLE | | |
| 508 | 02-09-2001 | 37 | POSTAGE POSTAGE CHRGE: 02/05/01 | -.68 | -46.35 |
| 508 | 02-09-2001 | 37 | POSTAGE POSTAGE CHGE: 02/05/01 | -.55 | -46.90 |
| 508 | 02-09-2001 | 37 | POSTAGE POSTAGE CHRGE: 02/07/01 | -.76 | -47.66 |
| 515 | 02-14-2001 | 37 | POSTAGE POSTAGE CHARGE 2/11/01 | -.89 | -48.55 |
| 517 | 02-14-2001 | 10 | MAINTENANCE PAYROLL JANUARY 2001 PAYROLL | 4.32 | -44.23 |
| 531 | 02-02-2001 | 41 | MEDICAL CO-PAY SICK CALL 2/15/01 | -2.00 | -46.23 |
| 533 | 02-20-2001 | 13 | PERSONAL GIFT FROM BOOMER    E 024165 | 30.00 | -16.23 |
| 541 | 02-22-2001 | 37 | POSTAGE POST CHG  2/19 | -1.36 | -17.59 |
| 541 | 02-22-2001 | 37 | POSTAGE POST CHARGE 2/18 | -1.96 | -19.55 |

THIS IS A CERTIFIED AND TRUE COPY
*[signature]* Walusavk
ACCOUNTING ASSISTANT

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE  6/28/2001
REMOTE PRINT TIME 10:03             FROM PURGE FILE              PAGE          2

       INMATE    NAME
       NUMBER    LAST                  FIRST          MI
       BY9729    WOODS                 CARLOS         C

BATCH     DATE                                        TRANSACTION  BALANCE AFTER
  #    MO DY YEAR    TRANSACTION DESCRIPTION             AMOUNT     TRANSACTION

 564   03-01-2001  37  POSTAGE
                       POSTAGE CHARGE:  02/25/01          -1.91       -21.46
 586   03-08-2001  10  MAINTENANCE PAYROLL
                       FEB 2001 PAYROLL                  13.68        -7.78
 596   03-12-2001  13  PERSONAL GIFT FROM
                       BOSTICH   /  E 097048             10.00         2.22
 596   03-12-2001  13  PERSONAL GIFT FROM
                       BOSTICH   /  E 097047             10.00        12.22
 618   03-20-2001  37  POSTAGE
                       POSTAGE CHRGES:  03/15/01          -.76        11.46
 622   03-21-2001  36  PRINTED MATERIALS
                       COPIES WK OF 3/12 TO 3/16/01     -17.50        -6.04
 623   03-21-2001  41  MEDICAL
                       CO-PAY SICK CALL 3/19             -2.00        -8.04
8080   03-21-2001  32  FRA COMMISSARY
                       FOR   3/21/2001                   -4.56       -12.60
 631   03-23-2001  31  OUTSIDE PURCHASES
                       POSTAGE CHRGE:  21 MAR 01         -1.02       -13.62
 642   03-29-2001  37  POSTAGE
                       POSTAGE CHRGE:  26 MAR 01          -.89       -14.51
 642   03-29-2001  37  POSTAGE
                       POSTAGE CHRGE:  26 MAR 01         -1.02       -15.53

                       BALANCE AFTER THESE TRANSACTIONS------>       -15.53
```

THIS IS A CERTIFIED AND TRUE COPY
*[signature]*
ACCOUNTING ASSISTANT

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM         RUN    IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING        DATE  6/28/2001
REMOTE PRINT TIME 10:03                 FROM ACTIVE FILE            PAGE        1

     INMATE    NAME
     NUMBER    LAST              FIRST          MI           STARTING BALANCE
     BY9729    WOODS             CARLOS         C                 -15.53

   BATCH      DATE                                     TRANSACTION   BALANCE AFTER
     #     MO DY YEAR     TRANSACTION DESCRIPTION         AMOUNT      TRANSACTION

    653   04-03-2001   36  PRINTED MATERIALS
                           COPIES WK OF 3/22 TO 3/28/01    -3.60        -19.13
    663   04-05-2001   41  MEDICAL
                           CO PAY; 4/02 - 1 SICK / 1 PRES  -4.00        -23.13
    664   04-05-2001   37  POSTAGE
                           POST CHG   3/27                 -1.37        -24.50
    666   04-05-2001   10  MAINTENANCE PAYROLL
                           MARCH 2001 PAYROLL              15.84         -8.66
    669   04-06-2001   39  LEGAL FEES
                           DIST CRT - 98 CV 0136   DEL     -6.74        -15.40
    682   04-11-2001   37  POSTAGE
                           POSTAGE CHRG:   08 APR 01        -.76        -16.16
    682   04-11-2001   37  POSTAGE
                           POSTAGE CHRG:   08 APR 01       -1.10        -17.26
    740   05-01-2001   37  POSTAGE
                           POST CHG 4/25                   -3.95        -21.21
    769   05-10-2001   10  MAINTENANCE PAYROLL
                           APRIL 2001 PAYROLL              23.75          2.54
   8135   05-15-2001   32  FRA COMMISSARY
                           FOR   5/15/2001                 -2.44           .10
   8135   05-15-2001   32  FRA COMMISSARY
                           FOR   5/15/2001                  -.09           .01
    792   05-17-2001   41  MEDICAL
                           CO PAY - (5/15) 1 SICK CALL     -2.00         -1.99
    810   05-24-2001   37  POSTAGE
                           POST CHG 5/20                   -2.78         -4.77
    810   05-24-2001   37  POSTAGE
                           POST CHG 5/21                    -.34         -5.11
    819   05-25-2001   37  POSTAGE
                           POSTAGE CHRGE:  23 MAY 01       -1.02         -6.13
    825   05-30-2001   36  PRINTED MATERIALS
                           COPIES WK OF 5/16 TO 5/22/01    -8.00        -14.13
    829   05-30-2001   41  MEDICAL
                           CO PAY (5/28) 1 SICK            -2.00        -16.13
    832   05-31-2001   37  POSTAGE
                           POST CHG   5/30                  -.34        -16.47
    832   05-31-2001   86  ADJUST PAYMENT
                        37  POSTED INC BATCH #               .34        -16.13
    831   05-31-2001   37  POSTAGE
                           POST CHG   5/30                  -.34        -16.47
    847   06-05-2001   37  POSTAGE
                           POSTAGE CHRGE:  30 MAY 01       -3.95        -20.42
    854   06-07-2001   10  MAINTENANCE PAYROLL
                           WAGES:  05/01 - 05/31/01        30.40          9.98
```

THIS IS A CERTIFIED AND TRUE COPY

*[signature]*

ACCOUNTING ASSISTANT I

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE     6/28/2001
REMOTE PRINT TIME 10:03            FROM ACTIVE FILE          PAGE            2

       INMATE     NAME
       NUMBER     LAST              FIRST           MI
       BY9729     WOODS             CARLOS          C

 BATCH     DATE                                        TRANSACTION   BALANCE AFTER
   #    MO DY YEAR    TRANSACTION DESCRIPTION            AMOUNT       TRANSACTION

   871  06-12-2001  13  PERSONAL GIFT FROM
                        CONESCO       / E 083425           50.00         59.98
  8163  06-12-2001  32  FRA COMMISSARY
                        FOR   6/12/2001                    -9.97         50.01
  8169  06-18-2001  32  FRA COMMISSARY
                        FOR   6/18/2001                   -28.48         21.53
   915  06-25-2001  36  PRINTED MATERIALS
                        IGWF COPIES W/O 6/12-6/18/01       -8.30         13.23
   917  06-26-2001  36  PRINTED MATERIALS
                        IGWF COPIES W/O 6/19-6/22/01       -6.70          6.53
   919  06-26-2001  37  POSTAGE
                        POSTAGE CHRG:  06/24/01            -1.44          5.09

                        BALANCE AFTER THESE TRANSACTIONS------>           5.09
```

THIS IS A CERTIFIED AND TRUE COPY

_C. Walusavup_

ACCOUNTING ASSISTANT I