

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

*MARY E. D'ANDREA*
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

July 9, 2001

**FILED**
HARRISBURG, PA

JUL 0 9 2001

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

Carlos Chico Woods
BY-9729
SCI-Frackville,
1111 Altamont Blvd.
Frackville, PA 17931-2699

Dear Mr. Woods:

    Judge Caldwell has directed me to give you the following response to your letter, dated June 15, 2001.

    Please be advised that the Judge cannot act upon requests contained in letters. If you wish the court to grant you some remedy, you must initiate a lawsuit setting forth a short and plain statement of the facts that you believe entitle you to relief.

    I note that you referenced <u>Woods v. Horn</u>, No. 1:CV-01-1078, in your letter. That is a habeas action you filed challenging denial of parole. It cannot provide a platform to litigate your current concern about a transfer to another institution because the two matters are independent.

Very truly yours,

Peter Welsh
Deputy-in-Charge