## IN THE UNITED STATES DISTRICT COURT OF PENNSYLVANIA
### FOR THE MIDDLE DISTRICT

CARLOS CHICO WOODS,              :

                Petitioner    :

      Vs.                          :    Civil No.: *1:CV-01-1078*

                                                :    FILED

JOSEPH W. CHESNEY, ET AL.,        :    HARRISBURG

                Respondents'.    :    JUL 2 3 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### ANSWER AND RESPONSE TO THIS HONORABLE COURT'S RECENT NOTICE TO THE PETITIONER FILED ON JULY .., 2001

**AND NOW COMES,** The petitioner Carlos Chico Woods, respectfully requesting that this Honorable Court's proceed with the above caption case as is, and that counsel be appointed to represent this petition. The petitioner states the following in support of this request:

Petitioner states that he mistakenly placed the Civil Number for this case, to his recent request in his Civil 1983 action, and is requesting that this Honorable Court's, excuse his mistake, and proceed with the Writ of Habeas Corpus as it was originally sent to this Court's.

Petitioner further reqests that this Honorable Court's accept his June 15th, 2001 letter, as an request for an Tempoary Preliminary Injunction Under Federal Rules of Civil Procedure 65., in his 1983 claim which he has filed with this Honorable Court's under (**Carlos Chico Woods and Dwight Denmark, et al., v. Martin Horn, et al.**). Petitioner states that he has made that request because of the present imminent danger that he is being placed in by the respondents' in his 1983 claim.

**WHEREFORE,** The petitioner Carlos Chico Woods, respectfully request that this Honorable Court's, Grant his above request to have his June 15th 2001 letter heard as an request for an Temporary Preliminary Injunction, and Proceed with the Writ of Habeas Corpus As it it was originally filed with this Honorable Court's. Petitioner thanks this Honorable Court's for it's time and consideration in this matter...

Dated: July 18, 2001

Respectfully Submitted

X. *Carlos C. Woods*

MR. CARLOS CHICO WOODS, PRO-SE

BY-97295CI FRACKVILLE

1111 ALTAMONT BLVD.