See Attachment

FILED
HARRISBURG, PA

JUL 31 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

Carlos Chico Woods,       :
                          :
        Petitioner,       :
                          :    CIVIL NO. 1:CV-01-1078
    v.                    :
                          :    (Judge Caldwell)
Chesney, et. al,          :
                          :
        Respondents       :

O R D E R

AND NOW, this 31st day of July, 2001, it is hereby that, IT IS HEREBY ORDERED THAT:

1. Petitioner's motion to proceed in forma pauperis (doc. 2) is granted.

2. The Clerk of Court is directed to serve a copy of the petition and this order by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the Pennsylvania Board of Probation and Parole.

3. Within twenty (20) days of the date of this order, Respondents shall respond to the allegations in the petition.

4. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

  5. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

              */s/ William W. Caldwell*
              WILLIAM W. CALDWELL
              United States District Judge

UNITED STATES DISTRICT
FOR THE
MIDDLE DISTRICT OF PENN:

* * MAILING CERTIFICATE O

July 31, 2001

Re: 1:01-cv-01078    Woods v. Chesney

True and correct copies of the attached were
to the following:

Carlos Chico Woods
SCI-F
BY-9729
SCI at Frackville
1111 Altamount Blvd.
Frackville, PA  17931-2699

cc:
Judge                              ( )
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )   Pltf's Attorney ( )

Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition at
                                       to: US Atty Gen
                                           DA of Count

Bankruptcy Court                   ( )
Other _____          ( )

w/ Cert. copy
Michael Fisher
Francis Filipi, DAG
PA Board of Probation & Parole

DATE: ___7/31/01___