IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JUDGE'S COPY** Copy 12

ATTN. Ms. Mary E. D'Andrea, Esq;
Clerk of Courts
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa 17108

1-CV-01-1078
Filed
~~RECEIVED~~
HARRISBURG, PA
AUG 13 2001
MARY E. D'ANDREA, CLERK
Per _____

RE: <u>Woods, et al. v. Horn, et al.</u>

Dear Ms. D'Andrea,

    Please be advised that I am responding to this Honorable Court's July 31, 2001 Order, which denied both my Request for Appointment of Counsel, and Request for a Temporary Preliminary Injunction.

    Now as I have read the Order, if I am correct it seems as though this Honorable Court's is not aware of my "1983" Civil Suit Action which was submitted to this Honorable Courts on April 24, 2001. Or is it that The Hon. Judge William W. Caldwell is not aware of my April 24, 2001 Civil Action under <u>Carlos Chico Woods, an. Dwight Denmark, et al., v. Martin F. Horn, et al.</u> Please let me know which of the above is the problem that the [Ho]norable Court is having problems with. In the meanwhile [to] forward a copy the Complaint which I submit[ted to this Ho]norable Court on April 24, 2001, I have enc[losed]

1.

a copy of that Complaint to be forwarded to him for his review.

Now Ms. D'Andrea; I have also enclosed an Original Petition for a Temporary Preliminary Injunction, as reques[ted] by The Hon. Caldwell in his July 31, 2001 Order. This Tempor[ary] Preliminary Injunction will be filed as part of my Civil "19[83]" Action which was filed with This Honorable Court's on Apri[l] 24, 2001.

Once again; I am asking you to inform The Honorabl[e] Judge William W. Caldwell, That my Request for Counse[l] was also sought for my §1983 Action, because of the Major Complications which This case involves. For exam[ple] right now, my Life is in grave danger, and I don't have [a] Lawyer or family member that I can contact to assis[t] me in getting out of This grave danger that I am pres[ently] in, in which I am being denied Medical Care for o[ne] illness which I am suffering from; it's called H. Pylo[ri] which causes ulcers and other deffects in the stomach[,] and if not properly treated, can cause serious bodily injury which leads to possible Permanent injury, even death which is a well known fact. At this very mom[ent] I am suffering major pain in The upper chest area, the belly, Migraine headaches. I'm also having fainting spells, a[nd] nasea, and irritale Biles. I am seriously ill as [...]

2

you can see, and I am going to need immediate Appointment of Counsel, so that he can get an immediate order from the Court's ordering that the Respondents release all my medi[cal] files to the hospital, so that they can properly test me, and treat me for my present conditions, before I end up like the rest of the inmates who were being denied the same proper medical treatment as me, they all died, and upon a proper investigation by the Federal Government this information wil[l] surface. So please forward my Request for Temporary Preliminary Injunction to the Court's or Hon. Judge Caldwe[ll] for Immediate Action. Thanks for your time and considerat[ion] in this matter.

P.S. As you can see, I am being denied legal access to the prison Law Library, and the Court's as well, so please accept my letter and Request for Injunctive Relief as written.

DATED: August 04, 2001

Respectfully Submitted
X. *Carlos C. Woods*

Mr. Carlos Chico Woods, Pro-se
BY-9729 SCI. Frackville
1111 Altamont Blvd.
Frackville, PA 17931-2699

3.