## Certified Mail Return Receipts

**Receipt 1:**
- Article Addressed to: Pa Board of Probation & Parole, 1101 South Front St., Harrisburg PA 17101
- Received by: [signature illegible]
- Date of Delivery: AUG 0 2 2001
- Service Type: Certified Mail
- Article Number: 7000 0520 0023 0166 3920

**Receipt 2:**
- Article Addressed to: Michael Fisher, Atty. General, 15th Floor, Strawberry Square, Harrisburg PA 17120
- Received by: [signature] K. K[illegible]
- Date of Delivery: AUG 0 7 2001
- Service Type: Certified Mail
- Article Number: 7000 0520 0023 0166 3906

**Receipt 3:**
- Article Addressed to: Francis Filip's, Office of the Attorney General, 15th Floor, Strawberry Square, Harrisburg PA 17120
- Received by: [signature] K. K[illegible]
- Service Type: Certified Mail
- Article Number: 7000 0520 0023 0166 3913

---

FILED
HARRISBURG
AUG 1 4 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

1-CV-01-107[8]
7/31/01
Order

14 gr
8/15/01