

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS CHICO WOODS,<br>      Petitioner<br><br>v.<br><br>JOSEPH W. CHESNEY, Supt./Warden,<br>WILLIAM F. WARD, Chairman of the<br>Pennsylvania Board of Probation and<br>Parole, MICHAEL FISHER, Attorney<br>General for the State of Pennsylvania,<br>      Respondents | No. 1:CV-01-1078<br><br>(Judge Caldwell)<br><br>FILED<br>HARRISBURG, PA<br><br>AUG 17 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendants Joseph W. Chesney, William F. Ward and Michael Fisher in the above case captioned case.

                                     Respectfully submitted,
                                     D. MICHAEL FISHER
                                   Attorney General

By: _____
       VICTORIA S. FREIMUTH
       Deputy Attorney General
       I.D. #77183

| | |
|---|---|
| **Office of Attorney General**<br>15th Floor, Strawberry Square<br>Litigation Section<br>Harrisburg, PA 17120<br>(717) 787-9711 | **SUSAN J. FORNEY**<br>Chief Deputy Attorney General<br>Chief, Litigation Section<br><br>**COUNSEL FOR DEFENDANTS** |

**Dated: August 17, 2001**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS CHICO WOODS,<br>　　　　　Petitioner<br><br>　　v.<br><br>JOSEPH W. CHESNEY, Supt./Warden,<br>WILLIAM F. WARD, Chairman of the<br>Pennsylvania Board of Probation and<br>Parole, MICHAEL FISHER, Attorney<br>General for the State of Pennsylvania,<br>　　　　　Respondents | :<br>:<br>:　　No. 1:CV-01-1078<br>:<br>:　　(Judge Caldwell)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Victoria S. Freimuth, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on August 17, 2001, I served a true and correct copy of the foregoing Entry of Appearance, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

　　Carlos Chico Woods, BY-9729
　　SCI Frackville
　　1111 Altamont Blvd.
　　Frackville, PA  17931-2699

　　　　　　　　　　　　　　　　　　　　　　　**VICTORIA S. FREIMUTH**
　　　　　　　　　　　　　　　　　　　　　　　**Deputy Attorney General**