**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS CHICO WOODS,<br>    Petitioner | :<br>:<br>: No. 1:CV-01-1078 |
| v. | :<br>: (Judge Caldwell) |
| JOSEPH W. CHESNEY, Supt./Warden,<br>WILLIAM F. WARD, Chairman of the<br>Pennsylvania Board of Probation and<br>Parole, MICHAEL FISHER, Attorney<br>General for the State of Pennsylvania,<br>    Respondents | :<br>:<br>:<br>:<br>:<br>: |

## RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME

Respondents, Joseph W. Chesney, William F. Ward and Mike Fisher, by and through their attorney, Victoria S. Freimuth, Deputy Attorney General, hereby request a motion for enlargement of time in which to file a response to the petition for writ of habeas corpus, averring in support thereof as follows:

1. On or around June 18, 2001, petitioner filed a petition for an extraordinary writ of habeas corpus pursuant to 28 U.S.C. §1331 and 2254 in this Court.

2. On July 31, 2001, the Court issued an order directing that a copy of the petition be served on the Attorney General's Office and the Board Probation and Parole. The order directed that respondents provide a response to the

allegations within twenty (20) days of the order.

3. On August 7, 2001, respondents received a copy of the Court's order as well as the petition for writ of habeas corpus.

4. A response to the petition is due on or before August 20, 2001.

5. Respondents request additional time in which to retrieve and review all documentation pertaining to the allegations made in this petition.

6. Respondents request an additional thirty (30) days in which to provide a response to the petition for writ of habeas corpus.

WHEREFORE, respondents respectfully request that they be provided an enlargement of time in which to file a response to the petition for writ of habeas corpus on or before September 19, 2001.

                                    **Respectfully submitted,**
                                    **D. MICHAEL FISHER**
                                    **Attorney General**

By: _____
       **VICTORIA S. FREIMUTH**
       **Deputy Attorney General**
       I.D. #77183

**Office of Attorney General**         **SUSAN J. FORNEY**
**15th Floor, Strawberry Square**         **Chief Deputy Attorney General**
**Litigation Section**         **Chief, Litigation Section**
**Harrisburg, PA 17120**
**(717) 787-9711**         **COUNSEL FOR DEFENDANTS**

**Dated: August 20, 2001**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS CHICO WOODS,
        Petitioner

        v.

JOSEPH W. CHESNEY, Supt./Warden,
WILLIAM F. WARD, Chairman of the
Pennsylvania Board of Probation and
Parole, MICHAEL FISHER, Attorney
General for the State of Pennsylvania,
        Respondents

No. 1:CV-01-1078

(Judge Caldwell)

## CERTIFICATE OF SERVICE

I, Victoria S. Freimuth, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on August 20, 2001, I served a true and correct copy of the foregoing Respondents' Motion for Enlargement of Time, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

    Carlos Chico Woods, BY-9729
    SCI Frackville
    1111 Altamont Blvd.
    Frackville, PA 17931-2699

                                        */s/ V.S. Freimuth*
                                        **VICTORIA S. FREIMUTH**
                                        **Deputy Attorney General**