UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS CHICO WOODS, :
:
        Petitioner, :
: CIVIL NO. 1:CV-01-1078
    v. :
: (Judge Caldwell)
CHESNEY, et. al, :
:
        Respondents :

FILED
HARRISBURG, PA

AUG 2 3 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

O R D E R

    AND NOW, this 23rd day of August, 2001, it is ORDERED that upon consideration of Respondents' request for additional time to respond to the petition for writ of habeas corpus (doc.16), IT IS ORDERED THAT said motion is GRANTED. A response to the petition for writ of habeas corpus shall be filed on or before September 20, 2001.

    Petitioner Woods may file a traverse within fifteen (15) days of receipt of the Respondents' filings.

_____
WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 23, 2001

Re:  1:01-cv-01078     Woods v. Chesney

True and correct copies of the attached were mailed by the clerk to the following:

    Carlos Chico Woods
    SCI-F
    BY-9729
    SCI at Frackville
    1111 Altamount Blvd.
    Frackville, PA  17931-2699

    Victoria S. Freimuth, Esq.
    Office of Attorney General
    Strawberry Square, 15th Floor
    Harrisburg, PA  17120

    Francis R Filipi
    Deputy Atty General
    Office Of Attorney General
    15th Floor, Strawberry Square
    Harrisburg, PA  17120

```
cc:
Judge                            (✓)           ( ) Pro Se Law Clerk
Magistrate Judge                 ( )           ( ) INS
U.S. Marshal                     ( )           ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen   ( )    PA Atty Gen ( )
```

|  |  |
|---|---|
| Bankruptcy Court ( ) | DA of County ( )   Respondents ( ) |
| Other_____ ( ) | MARY E. D'ANDREA, Clerk |

DATE: __8/23/01__          BY: __/s/_____
                                Deputy Clerk