IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



ATTN. Mary E. D'Andrea, Esq.　　　　　　　　August 24, 2001
　　　Clerk of Courts
　　　U.S. District Court
　　　William J. Nealon Federal Bldg.　　　1:01-CV-1078
　　　& U.S. Courthouse
　　　235 North Washington Avenue　　　　　　　FILED
　　　P.O. Box 1148　　　　　　　　　　　　　SCRANTON
　　　Scranton, PA 18501-1148
　　　　　　　　　　　　　　　　　　　　　　AUG 3 0 2001

　　　　　　　　　　　　　　　　　　　　PER _____
　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

Dear Ms. D'Andrea:

　　　Please be advised that I am writing you this letter in regards to
the resent letter that I received from your office concerning me and Mr.
Denmark's law suit. Now I have read the letter, and understand it very
well. But there is a small problem; I had asked this Honorable Court's in
the actual law suit that I had submitted, to consider the fact that Mr.
Denmark, was not capable of filing out these documents, or reading them
because his reading level is well under a fifth grade level, and he does
have any one other than me to assist him in filing this law suit, or to
fill out the documents that are sent to him by this Honorable Court's.
So if the Court's would enter an order, allowing me to work with Mr.
Denmark via U.S. Mail correspondence, and through a Para-Legal who has
been up to see Mr. Denmark on one occation, than these documents can be
signed and sent to this Honorable Court's immediately, so that Mr. Woods
**Emergency Motion For Temporary Preliminary Injunction** can be dealt with
immediately, before he is not around to pursue his claims.

　　　Now the Para-Legal's Name and Address is as follows: Mrs. Maritza
Adonis, SCI. Graterford, P.O. Box 246, Graterford, PA 19426.
I am respectfully requesting that this Honorable Court's immediately
enter such order, and forward a copy of such order to both of the Institut-
ions which is (SCI.Waymart & SCI.Frackville), Superintendents, and to the
Para-Legal Ms. Maritza Adonis　　　　　　.

1.

WHEREFORE, It is the petitioner's Woods's respectful request that this Honorable Court's Enter an immediate Order, ordering the respondents **Raymond J. Colleran, Superintendent at SCI.Waymart, and Mr. Joseph W. Chesney, Superintendent at SCI.Frackville,** to allow both petitioner **Carlos Chico Woods and Dwight Denmark,** to correspond through U.S. Mail concerning this law suit. It is further requested that the Para-Legal Ms. Maritza Adonis, be allowed to visit both Mr. Woods at SCI. Frackville, and Mr. Denmark at SCI.Waymart to assist them in the filing of these court documents. Thank you for your time and consideration in this matter.

Dated: August 24, 2001

Respectfully Submitted

x. *Carlos C. Woods*

Mr. Carlos Chico Woods, Pro-se
BY-9729 SCI.Frackville
1111 Altamont Blvd.
Frackville, PA 17931-2699

2.