IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS CHICO WOODS,
    Petitioner,

V.

CHESNEY, et al.
    Respondents.

CIVIL No. 1:CV-01-1078

(Judge Caldwell)

## PETITIONER'S MOTION FOR AN EXTENTION OF TIME TO FILE AN REPLY TO THE RESPONDENTS' ANSWER TO PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS, AND SECOND REQUEST FOR APPOINTMENT OF COUNSEL.

Petitioner, Carlos Chico Woods, by way of Pro-se Motion, Represents the following in support of his Motion for an Extention of Time, and Request for Appointment of counsel.

AND Now Comes, The Petitioner, Carlos Chico Woods, Respectfully Request That this Honorable Court's Grant His Motion for an Extention of Time, and Request for Appointment of Counsel, For The Foregoing Reasons Stated below:

1). Petitioner Woods states that he is being denied Adequate Access To The Court's, by being given only a limited Access To The Prison Law Library. Petitioner States that This is being done on purpose, because of other Civil Action

1.

which The Petitioner has against The Department o[f] Corrections. Petitioner states that if he is not Granted an Extention of Time, he will not be able To file his Reply To The Respondants' Answer, within The Fifteen (15) days required by This Honorable Court's.

2). Petitioner further States That it Was Clearly Stated in The <u>Taylor v. List</u>, 880 F.2d 1040 (9th cir. 1989), by The 9th Circuit Court, That The Sixth Amendment Right To Self representation, includes right of access To law book[s] Witnesses and other tools necessary To Prepare defens[e]. At this time, because the petitioner is being denied adequ[ate] access To The Prison Law Library, he is unable To exercis[e] That right, and prepare a defense. Also see <u>U.S. v. Sanchez</u>, 88 F.3d 1243 (D.C. Cir. 1996), Where The Courts Stated That The Courts will go to particular Pains To Protect Pro se litigants against consequences of Technical errors if injustice would other wise result. In This Case, if the Petitioner is not Appointed Counsel to assist him in This Petition, which Pose a serious Federal Constitutional Quest[ion] as to Whether or not The Pennsylvania Board of Probation and Parole have violated his Constitutional rights, as well as th[e] Constitutional Rights of a Number of Pennsylvania Parolees Who are presently Still incarcerated, because of The Boa[rd] Continuous Abuse of Authority, which was given To them i[n] 1972, and is now being used To Target The Weak; The La[w]

2.

The uneducated, and The Poor, Those of a Perticular Race, Religion, or decent. Petitioner states that this not only presents the Court's with a Federal question, but with a Constitutional Question as to the safety and rights of Those Citizens in The Public, who May be effected by This Abuse of Authority by Government officials as well. Therefore; Petitioner states To deny his request for an' extention of time, and The Appointment of Counsel, would only Cause an grave injustice To him, and The Public.

3). Petitioner Further states that because he has been Subjected To a delay on The Respondents' Answer, in which The Respondents requested an extention of Time To file Their answer, he Should be Granted an extention also.

4). Finally; Petitioner states that because this case will require an intense and Thorough investigation into The Claims, and Testimony of Witnesses, as well as an intense discovery of Documents and Materials from The Respondents, and possible witnesses, Counsel's Appointment Should be Carefully Considered To protect The Petitioner's Rights.

WHEREFORE, The Petitioner <u>Carlos Chico Woods</u>, Respectfully Request that this Honorable Court's in it's

3.

Jurisdiction, for the above stated reasons, GRANT his Motion for an Extention of Time To File his Reply To The Respondents' Answer, and Contentions. It is further Respectfully Requested That this Honorable Court's in The interests of Justice, and To safegard The Petitioner Constitutional Rights, GRANT his Request for Reconsideration of Appointment of Counsel in This Matter. And That Counsel be ordered To File an Reply in behalf of The petitioner as to the Respondents' Answer, after Conferring with Petitioner on The issues. Petitioner Thank This Honorable Court's, for it's Time and Consideration of This Matter.

Dated: September 21, 2001

Respectfully Submitted
X. *Carlos C. Woods*
Mr. Carlos Chico Woods, Pro-Se
BY-9729 SCI. FRACKVILLE
1111 ALTAMONT BLVD.
FRACKVILLE, PA 17931-2699

4.

# CERTIFICATE OF SERVICE OF AN INCARCERATE PERSON

I, Carlos Chico Woods, Hereby Certifies That on September 21, 2001. I Place The Forgoing Legal Documents in The Hands of Prison officials at SCI. Frackville, 1111 Altamont Blvd., Frackville, PA 17931-2699, For immediate forwarding To The parties below, by placing said documents in The Prison's U.S. Mail Box:

Mary E. D'Andrea, Clerk
Clerk's Office
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Victoria S. Freimuth
Deputy Attorney General
Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120

I The above named server, States that all of The above statements, are True and Correct, under the Penalty of Perjury...

Respectfully Submitted
X. Carlos C. Woods

Mr. Carlos Chico Woods, Pro-se
BY-9729 SCI. Frackville
1111 Altamont Blvd.
Frackville, PA 17931-2699