IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ATTN. Mary E. D'Andrea, Esq.
   Clerk of Courts
   Office of The Clerk
   United States District Court
   William J. Nealon Federal Bldg & U.S. Courthouse
   235 North Washington Avenue, P.O. Box 1148
   Scranton, PA 18501-1148

FILED SCRANTON NOV 5 2001 PER DEPUTY CLERK

RE: Carlos Chico Woods et al., v. Martin F. Horn, et al.
CV-01-1078

Dear Ms. D'Andrea Ma'am:

Please be advised that I have decided to proceed with my Civil Rights Complaint on my own, separate from (Mr. Dwight Denmark CP-2568), due to the urgency of my request for an Injunction, in which I filed with this Honorable Court's. Please advise the Hon. Judge William Caldwell, that I am now being denied medical treatment in it's entirety deliberately by the medical staff here at the institution, and that I am suffering from a disease called "Helicobacter Pylori", which causes Duodenal Ulcer Disease; Gastric (stomach) Ulcers, and Cancer in the Stomach., and the ████████ institutional medical staff has requested that there be no medical care administered to me at all, because of the institution Doctor's assumption, that my pains and illnesses are just

1.

in my head, and that they don't exist, after the tests which were administered, Test positive for "Helicobacter Pylori; and Ulcers?" So please Ms. D'Andrea, inform the Hon. Judge Caldwell of the seriousness of this matter, and that I will be resubmitting my Civil Rights Complaint, along with my second request for an Emergency Preliminary Injunction as soon as the defendants' here at the institution allows me the proper access to the prison Law Library, which I am presently being denied at this time, so that he can take immediate actions on that requested Injunction.

    Now Finally Ms. D'Andrea, I will need new U.S. Marshal Forms 285, so that I can serve with the complaints. Now there are a total of (54) defendants involved in this complaint, so I'm going to need (54) Marshal forms. I would also like you to please inform Hon. Judge Caldwell, that I will not be able to provide each defendant with a copy of the complaint, due to my indigence, and the institution's refusal to provide the copies for me. So I am pleading with the Court's to please accept my original complaint and one copy as being properly filed.

WHEREFORE, I am respectfully requesting That I be allowed To proceed Without The payment of Fees until I am released From Custody, because the defendants are abusing Their power To deduct The proper 20% Percent which is required, instead; The defendants' are over charging, and double deducting The inmate. I am further requesting that I be ordered Transferred To another state Institution equipped with The proper medical facilities To care for my Conditions, and That has a Prison infirmary To house ~~~~~ Me For My present Conditions to be dealt with. ~~ I Thank You for Your time and Consideration in This matter...

DATED: November 01, 2001

Respectfully submitted
x. Carlos C. Woods

Mr. Carlos Chico Woods, Pro-
BY-9729 SCI.Frackville
1111 Altamont Blvd.
Frackville, PA 17931-2699