UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS CHICO WOODS,  :
       Petitioner,  :
                       :  CIVIL NO. 1:CV-01-1078
v.  :  (Judge Caldwell)
CHESNEY, et. al,  :
       Respondents

O R D E R

FILED
APR 2 5 2002
DEPUTY CLERK

AND NOW, this 25th day of April, 2002, in accordance with the accompanying memorandum, it is ordered that:

    1. Within twenty days of the date of this order, Petitioner shall file a brief addressing both cause and prejudice and miscarriage of justice on his equal protection and due process claims. He shall serve the brief upon Respondents.

    2. If Petitioner fails to do so, the petition will be dismissed.

    3. If Petitioner does file a brief, Respondent shall have fifteen days from its receipt to file an opposition brief and then Petitioner shall have ten days to file a reply brief.

                                      William W. Caldwell
                                      United States District Judge