UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS CHICO WOODS,           :
                              :
            Petitioner,       :
                              :   CIVIL NO. 1:CV-01-1078
      v.                      :
                              :   (Judge Caldwell)
CHESNEY, et. al,              :
                              :
            Respondents       :

**FILED**
HARRISBURG, PA

JUN 4 - 2002

O R D E R

MARY E. D'ANDREA, CLERK
Per _____

AND NOW, this 4th day of June, 2002, upon consideration of Respondents' motion (doc. 28) to dismiss the habeas petition, filed May 30, 2002, it is ordered that:

1. The Clerk of Court shall send Respondents' counsel a copy of Petitioner's brief (doc. 27), filed on May 9, 2002.

2. Respondents' counsel shall have fifteen days from receipt of the brief to file an opposition brief.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

```
Bankruptcy Court              to:  US Atty Gen   ( )   PA Atty Gen  ( )
                       ( )         DA of County  ( )   Respondents  ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

DATE: 6/4/02

BY: _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 4, 2002

Re: 1:01-cv-01078   Woods v. Chesney

True and correct copies of the attached were mailed by the clerk to the following:

Carlos Chico Woods
SCI-F
BY-9729
SCI at Frackville
1111 Altamount Blvd.
Frackville, PA  17931-2699

Victoria S. Freimuth, Esq.
Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA  17120

Francis R Filipi
Deputy Atty General
Office Of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

```
cc:
Judge
Magistrate Judge          (—)            ( ) Pro Se Law Clerk
U.S. Marshal              ( )            ( ) INS
Probation                 ( )            ( ) Jury Clerk
U.S. Attorney             ( )
Atty. for Deft.           ( )
Defendant                 ( )
Warden                    ( )
Bureau of Prisons         ( )
Ct Reporter               ( )
Ctroom Deputy             ( )
Orig-Security             ( )
Federal Public Defender   ( )
Summons Issued            ( )    with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5       ( )
Order to Show Cause       ( )    with Petition attached & mailed certified mail
```

*copy 27 to atty genl*