IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS CHICO WOODS,  :

    Plaintiff  :

Vs.  :  CIVIL NO. 1: CV-01-1078

   :  NOTICE OF APPEAL

CHESNEY, et. al,  :

    Respondents.  :

FILED
HARRISBURG, PA
AUG 0 1 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### NOTICE OF APPEAL

Notice is hereby given that Carlos Chico Woods, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit, from the final judgment in the Writ of Habeas Corpus Petition, which was denied by this Honorable Court's by order entered in this action on the 10th day of July 2002...

Dated: July 29, 2002

Respctfully Submitted
x. Carlos C. Woods
Mr. Carlos Chico Woods, Pro-se
BY-9729 SCI.Frackville
1111 Altamont Blvd.
Frackville, Pa 17931-2601

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                                    DISTRICT COURT NO.   1:01-cv-1078

CARLOS CHICO WOODS                                          CT. OF APPEALS NO. _____
    Vs
CHESNEY, et al.


NOTICE OF APPEAL FILED    Aug. 1, 2002                      COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL ___PAID  _X__NOT PAID   ___SEAMAN

DOCKET FEE      ___PAID  _X__NOT PAID   ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
        (Attach Copy of Order)
_X_ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING


COPIES TO:
 Judge William W. Caldwell
 Carlos Chico Woods, Petitioner
 Victoria S. Freimuth, Esquire
 Francis R. Filipi, Esquire
 PRSLC Pia Taggart
 File Copy


                                            PREPARED BY __Shawna L. Cihak__
                                                          Deputy Clerk
Date: August 2, 2002



UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

MARY E. D'ANDREA
*Clerk of Court*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:     WOODS v. CHESNEY, et al.
        USDC NO:  1:01-cv-1078
        USCA NO:
        E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

__X__   Civil Prisoner Case: Case file and docket sheet available through RACER.

_____  Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

_____  Non-Prisoner Civil Case or Criminal Case: Notice of Appeal and Docket Sheet available through RACER.

_____  Civil Prisoner Case: ___ Supplemental Record filed. Documents and docket sheet available through RACER.

_____  Non-Prisoner Civil Case or Criminal Case: ____ Supplemental Record filed. Docket Sheet available through RACER.

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Shawna L. Cihak
Deputy Clerk

Date: __August 2, 2002__