## Return Receipt

| | |
|---|---|
| Your document: | 1:01-cv-1078  Notice of Appeal |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 08/02/2002 11:03:03 AM |

FILED
HARRISBURG, PA
AUG 2 2002
MARY E. D'ANDREA, CLERK
Per _____