APS-131                                                                    February 27, 2003

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **02-3114**

CARLOS CHICO WOODS
    VS.
JOSEPH W. CHESNEY, ET AL.

(M.D. PA. CIV. NO. 01-CV-01078)

Present:    SLOVITER, MCKEE and SMITH, <u>CIRCUIT JUDGES</u>

    Submitted are:

(1)    Appellant's document entitled "Notice of Appeal to the Court of Appeals," which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) and for appointment of counsel; and

(2)    Appellant's memorandum of law in support thereof in the above-captioned case.

                                      Respectfully,

                                      Clerk

MMW/RAW/tyw

_____ORDER_____

The foregoing request for a certificate of appealability is denied because Appellant has failed to make a substantial showing of the denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). Appellant's request for appointment of counsel on appeal is denied.

A True Copy:

By the Court,

/s/ Marcia M. Waldron
Marcia M. Waldron,
Clerk

Circuit Judge

Dated: MAR 19 2003
tyw/cc: CCW
       VSF